IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

In re:

JODY LEE BEACH
RHONDA B. BEACH,   Bankruptcy Case No. 21-10762-13t

      Debtors.

IRON HORSE WELDING, LLC,

      Appellant,

      USBC Adv. No. 21-1028-T

vs.

      USDC No. 1:22-cv-00842-DHU-LF

JODY LEE BEACH and
RHONDA BEACH,

      Appellees.

## ORDER ADOPTING MAGISTRATE JUDGE'S
## PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

The Magistrate Judge filed her Proposed Findings and Recommended Disposition ("PFRD") on June 29, 2023. Doc. 16. The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id*. at 3. To date, none of the parties have filed any objections.

**IT IS THEREFORE ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 16) are ADOPTED;

2. Because Iron Horse has designated the proper portions of the record necessary for this appeal, the Court DENIES the Beaches' motion to dismiss with regard to that issue; and

3. The Court DENIES without prejudice the Beaches' motion to dismiss based on mootness. The Beaches may raise the mootness issue in the merits briefing.

_____
UNITED STATES DISTRICT JUDGE